# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

R.I. EAR, NOSE AND THROAT PHYSICIANS, INC.,

    Plaintiff,

    v.                                                    Case No. 24-1202

THE UNITED STATES OF AMERICA,

    Defendant.

## MOTION TO FILE UNDER SEAL

Pursuant to Rules 5.2 and 9(m) of the Court of Federal Claims ("RCFC"), Plaintiff R.I. Ear, Nose and Throat Physicians, Inc., ("RIENT") by and through its attorneys respectfully move this Court for the entry of an Order granting Plaintiff leave to file under seal an unredacted copy of the Company and all accompanying exhibits.

Under RCFC 9(m), "[i]n pleading a claim for a tax refund a party must file the pleading under seal and concurrently file a redacted version of the pleading that conforms to RCFC 5.2 and also redacts the identification number of any taxpayer."

Plaintiff has filed a redacted version of its claim for a tax refund that conforms to the requirements of the RCFC and redacts the identification number of Plaintiff, except for the last four digits, and redacts in their entirety the employer identification number of the firm of the preparer of Plaintiff's Forms 941-X and the preparer identification number of the preparer. Plaintiff has also filed its unredacted claim for a tax refund under seal.

1

WHEREFORE, Plaintiff, RIENT, respectfully request that this court enter an order allowing the unredacted copy of the Complaint and accompanying exhibits to remain under seal.

Dated: August 8, 2024

Respectfully Submitted,

Scott A. Knott

By:  /s/

Scott A. Knott
Attorney of Record for Plaintiff
Lynam Knott, PA
1411 K Street, N.W.
Suite 600
Washington, DC 20005-3499
202.775.1630
scott@lynamknott.com