# In the United States Court of Federal Claims

R.I. EAR, NOSE AND THROAT
PHYSICIANS, INC.,
              Plaintiff,

v.

THE UNITED STATES,

              Defendant.

No. 24-cv-1202
(Filed: September 17, 2024)

### ORDER

      Plaintiff, R.I Ear, Nose and Throat Physicians, Inc., has filed an Amended Unopposed Motion for Leave to File Sealed, Amended Complaint Out of Time. *See* ECF No. 8. The Court finds that Plaintiff's failure to meet the previously-set deadline is attributable to excusable neglect and that there is good cause to extend the deadline. Accordingly, the Court hereby **GRANTS** this Motion. Plaintiff's Motion for Leave to File Sealed, Amended Complaint Out of Time is **DENIED** as moot. *See* ECF No. 7. Plaintiff shall **FILE** a sealed, amended complaint, **on or before September 20, 2024**.

      **IT IS SO ORDERED.**

                                                      */s/Robin M. Meriweather*
                                                      ROBIN M. MERIWEATHER
                                                      Judge